UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ETC INTERNATIONAL, INC., | Civil Action No. 03-CV-5898 (JLL) |
| Plaintiff, | |
| v. | ORDER |
| CURRICULUM ADVANTAGE, INC.; PRIME ENTERTAINMENT, INC.; LINDSEY COOK; MICHAEL GLOVER; COMPUTERS & CONTROLS, LTD.; and PETER GILLETTE; jointly, severally, and individually, | |
| | LINARES, District Judge |
| Defendants. | |

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Ronald J. Hedges, filed June 29, 2005; and the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter; and

For good cause shown;

IT IS on this ___26th___ day of July, 2005, ORDERED that the Report and Recommendation of Magistrate Judge Hedges filed June 29, 2005 is hereby ADOPTED as the conclusions of law of this Court; and

IT IS FURTHER ORDERED that Count One of the Amended Complaint is DISMISSED.

Dated: JULY __26th__ 2005

JOSE L. LINARES
UNITED STATES DISTRICT JUDGE